**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00866-CV

### IN RE COLUMBIA MEDICAL CENTER OF ARLINGTON SUBSIDARY, L.P. D/B/A MEDICAL CENTER ARLINGTON, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06294-C**

## ORDER

By letter dated July 21, 2015, the relator advised the Court that the parties had reached an agreement regarding the discovery dispute at issue in this original proceeding. We **ORDER** the parties to file a joint status report within ten days of the date of this order advising the Court of the status of this matter.

/s/  DAVID L. BRIDGES
    JUSTICE